UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WILLIAM H. SHIRLEY ) | Case No. 1:13-cr-49-CLC-SKL |

# **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Two of the eight-count Superseding Indictment; (2) accept Defendant's plea of guilty to the lesser included offense of the charge in Count Two, that is, excavating archaeological resources from public lands without authority, a Class A misdemeanor in violation of Title 16 U.S.C. §§ 470ee(a); (3) adjudicate Defendant guilty of the lesser included offense of the charge in Count Two of the Superseding Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) Defendant has been released on bond under appropriate conditions of release pending sentencing in this matter (Court File No. 133). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 133) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count Two of the Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to the lesser included offense of the charge in Count Two, that is, excavating archaeological resources from public lands without authority, a

Class A misdemeanor in violation of Title 16 U.S.C. §§ 470ee(a), is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the lesser included offense of the charge in Count Two, that is, excavating archaeological resources from public lands without authority, a Class A misdemeanor in violation of Title 16 U.S.C. §§ 470ee(a);

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter, which is scheduled to take place on **June 11, 2015 at 9:00 a.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**